```
JOSHUA CARTER KISER          SYNCHRONY BANK
22017 NORTHVIEW DR           ATTN: BANKRUPTCY
MOSS POINT, MS 39562         PO BOX 965060
                             ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


AMEX
PO BOX 981535
EL PASO, TX 79998


CHEVRON FEDERAL CU
PO BOX 2069
OAKLAND, CA 94604


DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130


ELAN FINANCIAL SERVICE
CB DISPUTES
SAINT LOUIS, MO 63166


KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531


SINGING RIVER FCU
6006 HIGHWAY 63
MOSS POINT, MS 39563


SYNCHRONY BANK
PO BOX 965065
ORLANDO, FL 32896
```