United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                  Case No. 26-50381-KMS

Joshua Carter Kiser                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                     Page 1 of 2

Date Rcvd: Jun 01, 2026                  Form ID: n031                            Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Joshua Carter Kiser, 22017 Northview Dr, Moss Point, MS 39562-6842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5661753 | Email/PDF: bncnotices@becket-lee.com | Jun 01 2026 20:24:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5635497 | + Email/PDF: bncnotices@becket-lee.com | Jun 01 2026 20:24:23 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5638677 | + Email/Text: louis@tributecap.com | Jun 01 2026 20:23:00 | Chevron Federal Credit Union, c/o Tribute Capital Partners, LLC, P.O. Box 167762, Irving, TX 75016-7762 |
| 5635498 | + Email/Text: cfcuarm@chevronfcu.org | Jun 01 2026 20:23:00 | Chevron Federal Cu, Po Box 2069, Oakland, CA 94604-2069 |
| 5635499 | + Email/Text: mrdiscen@discover.com | Jun 01 2026 20:23:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5635500 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 01 2026 20:23:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 5650431 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2026 20:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5635501 | + Email/Text: melissa.martin@kfcu.org | Jun 01 2026 20:23:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5635502 | + Email/Text: lynn.simmers@srfcu.org | Jun 01 2026 20:23:00 | Singing River FCU, 6006 Highway 63, Moss Point, MS 39563-9534 |
| 5635503 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 20:24:13 | Synchrony Bank, Po Box 965065, Orlando, FL 32896-5065 |
| 5635504 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 01 2026 20:24:23 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5645518 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 01 2026 20:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: n031 | Total Noticed: 13 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Joshua Carter Kiser trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−50381−KMS
**Chapter:**  13

**In re:**

Joshua Carter Kiser
22017 Northview Dr
Moss Point, MS 39562

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 1, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: June 1, 2026          Danny L. Miller, Clerk of Court